U. S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED- LAFAYETTE

MAY 1 8 2016

TONY R. MOORE, CLERK
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
_____ DIVISION

Joseph Harold Auguillard                Civil Action No.  6:16-cv-0689      SEC. P
_____
             Plaintiff

Prisoner # _____

                VS.                     Judge _____

St. Martin Parish Sheriff/              Magistrate Judge _____
_____
             Defendant
16th Judicial District/ETAL

**COMPLAINT**
**PRISONER CIVIL RIGHTS UNDER 42 U.S.C. § 1983**

I.   **Previous Lawsuits**

   a.   Have you begun any other lawsuit while incarcerated or detained in any facility?

        Yes [ ]    No [✓]

   b.   If your answer to the preceding question is "Yes," provide the following information.

        1.   State the court(s) where each lawsuit was filed (if federal, identify the District, if state court, identify the County or Parish):

             None

        2.   Name the parties to the previous lawsuit(s):

             Plaintiffs: None
             Defendants: None

        3.   Docket number(s): None

        4.   Date(s) on which each lawsuit was filed: None

        5.   Disposition and date thereof [For example, was the case dismissed and when? Was it appealed and by whom (plaintiff or defendant)? Is the case still pending?]:

             None


*(Rev. 5/1/13)*

c. Have you filed any lawsuit or appeal in any federal district court or appeals court which has been dismissed?

Yes ☐  No ☑

If your answer to the preceding question is "Yes," state the court(s) which dismissed the case, the civil action number(s), and the reason for dismissal (e.g., frivolity, malice, failure to state a claim, defendants immune from relief sought, etc.).

None

**II.** **a.** **Name of institution and address of current place of confinement:**

None

b. Is there a prison grievance procedure in this institution?

Yes ☑  No ☐

1. Did you file an administrative grievance based upon the same facts which form the basis of this lawsuit?

Yes ☐  No ☑

2. If you did not file an administrative grievance, explain why you have not done so.

Because my claim did not involve any staff or administrative personnel at this facility.

3. If you filed an administrative grievance, answer the following question. What specific steps of the prison procedure did you take and what was the result? (For example, for state prisoners in the custody of the Department of Public Safety and Corrections: did you appeal any adverse decision through to Step 3 of the administrative grievance procedure by appealing to the Secretary of the Louisiana Department of Public Safety and Corrections? For federal prisoners: did you appeal any adverse decision from the warden to the Regional Director for the Federal Bureau of Prisons, or did you make a claim under the Federal Tort Claims Act?)

None

Attach a copy of each prison response and/or decision rendered in the administrative proceeding.

**III.** **Parties to Current Lawsuit:**

a. Plaintiff, None

Address None

(Rev. 5/1/13)

b. Defendant, __none_____, is employed as
_____ at _____.

Defendant, __none_____, is employed as
_____ at _____.

Defendant, __none_____, is employed as
_____ at _____.

Additional defendants, __none_____

IV. **Statement of Claim**

State the **FACTS** of your case. Specifically describe the involvement and actions of each named defendant. Include the names of all persons involved in the incident(s) or condition(s) giving rise to this lawsuit, and the dates upon which and the places where the incident(s) and/or condition(s) occurred. **YOU ARE REQUIRED TO SET FORTH ONLY FACTUAL ALLEGATIONS. YOU ARE NOT REQUIRED TO SET FORTH LEGAL THEORIES OR ARGUMENTS.**

On the exact date of 7/15/2014 I was arrested by St. Martin Parish Sheriffs. I was at work when I got a phone call from my job saying that I need to come in for questioning on an incident that took place on January of 2014. When I got to St. Martin parish Sheriff a detective John Bruce brought me to the enterigation room and question me about rape. After I was arrested with at my Maranda rights In addition to my arrest I was charged with forcible rape. Also they made me take a DNA test. And I was set for trial, a speedy trial was set for August 17 2015. The District Attorney at that time was Chester Cedars. I remained Incarcerated for 13 months until I was released from trial And I won. My trial lasted 3 days In between the period of my incarceration I was threatend, lied to and told that I was a rapest, and that I was going to get 75 years if I didn't take the 25 yrs that was offered at trial. The court reached a verdict of not guilty And I was released immedatly. I was released on 8/19/2015

*(Rev. 5/1/13)*

## V. Relief

State exactly what you want the court to provide to you or do for you. Make no legal arguments. Cite no cases or statutes.

I pray for a perdim award of compensatory damages, a monetary award for pain and suffering.

## VI. Plaintiff's Declaration

a. I understand that if I am transferred or released, I must apprise the Court of my address, and my failure to do so may result in this complaint being dismissed.

b. I understand that I may not proceed without prepayment of costs if I have filed three lawsuits and/or appeals that were dismissed on grounds that the action and/or appeal was frivolous or malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

c. If I am located in a prison participating in the Electronic Filing Pilot Program, I consent to receive orders, notices and judgments by Notice of Electronic Filing.

**Signed this _____ day of __________, 20 ____.**

_______________________________ Joseph Auguillard

**Prisoner no. (Louisiana Department of Corrections or Federal Bureau of Prisons)**

**Signature of Plaintiff**